EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ
Assistant United States Attorney
California Bar Number 229637
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2729
    Facsimile: (213) 894-0115
    E-mail: Valerie.makarewicz@usdoj.gov
Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>     v.<br><br>TERINA HAYES,<br><br>                Defendant. | Case No. 5:15-cv-01455 SJO (SPx)<br><br>ORDER GRANTING PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS AND CONTINUING ORDER TO SHOW CAUSE HEARING |

    The above case came on for hearing before the Honorable S. James Otero, United States District Judge, on September 21, 2015, upon the United States of America's Petition to Enforce Internal Revenue Service Summons filed on July 21, 2015, Docket No. 1, and this Court's Order to Show Cause issued on July 28, 2015, Docket No. 7.

1

The Court has carefully considered the papers filed and the entire record herein. Determining that good cause appears thereon, the Court grants the United States' Petition to Enforce Internal Revenue Service Summons and herein ORDERS the following:

1. The Internal Revenue Service Summons issued on September 23, 2014, and served on respondent TERINA HAYES on October 1, 2014 is ENFORCED.

2. Respondent TERINA HAYES is hereby ordered to appear before Revenue Agent Marie Allen, or any other authorized employee of the Internal Revenue Service so designated by the Internal Revenue Service, at the following date, time, and place:

>     Date:       October 6, 2015
>     Time:       10:00 a.m.
>     Place:      U.S. Attorney's Office
>                 300 N. Los Angeles Street
>                 Rm. 7211
>                 Los Angeles, CA 90012

or at such other reasonable time and place as otherwise directed in writing by Revenue Agent Marie Allen, or any other authorized employee of the Internal Revenue Service so designated by the Internal Revenue Service, and at that time, respondent TERINA HAYES shall give the testimony and produce all books, records, papers, and other data demanded in the IRS Summons. Respondent TERINA HAYES's appearance shall continue from day-to-day thereafter at the same location for as long as is necessary to provide the testimony demanded in the IRS Summons and to make available for inspection and copying the produced books, records, papers, and other data demanded in the IRS Summons.

3. Failure by respondent TERINA HAYES to comply with this Order or the terms of the Stipulation of the parties filed herein shall be grounds for finding him in contempt of Court.

4. The Order to Show Cause Hearing is continued until October 19, 2015 at 8:30 a.m. If respondent TERINA HAYES fully complies with the enforced summons prior to such date, counsel for the United States will inform the Court of such and the matter will be taken off calendar.

**IT IS SO ORDERED.**

September 22, 2015.

_____
HON. S. JAMES OTERO
United States District Judge

Respectfully submitted,
EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____/s/_____
VALERIE L. MAKAREWICZ
Assistant United States Attorney
Attorneys for United States of America

3